STATE *v.* SAMUEL ALPERT.

May Term, 1913.

Present: ROWELL, C. J., MUNSON, WATSON, HASELTON, AND POWERS, JJ.

Opinion filed October 13, 1913.

COMPLAINT for knowingly receiving and concealing stolen goods, filed at a special term of Chittenden County Court begun

on December 16, 1912.   The same proceedings were had below in this case as in *State* v. *Alfred,* the report of which immediately precedes this.

*V. A. Bullard* and *M. G. Leary* for the respondent.

*Theodore E. Hopkins,* State's Attorney, and *Henry B. Shaw* for the State.

WATSON, J.   The questions presented in this case are not different from those determined in *State of Vermont* v. *Louis Alfred,* (*ante,* p. 157), and the holdings there made are controlling here.

*Judgment that there was no error in the proceedings, and that the respondent take nothing by his exceptions.   Let execution be done.*